[No. 65004-1-I. Division One. May 9, 2011.]

RANDY BREIWICK, *Appellant*, v. FIRST AMERICAN TITLE
INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 09-2-28305-2, Regina S. Cahan, J., entered
January 22, 2010. *Reversed* and *remanded with instructions*
by unpublished opinion per Lau, J., concurred in by Leach,
A.C.J., and Spearman, J.

[No. 65331-8-I. Division One. May 9, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR VICTOROVICH
TOKARENKO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 09-1-06218-4, Steven C. Gonzalez, J., entered
April 28, 2010. *Affirmed* by unpublished opinion per Appel-
wick, J., concurred in by Ellington and Spearman, JJ.

[No. 66649-5-I. Division One. May 9, 2011.]

KIM A. HANN, *Respondent*, v. RICHARD SQUIRE ET AL.,
*Defendants*, METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 08-2-11777-0, James R. Orlando, J., entered
March 6, 2009. *Affirmed* by unpublished opinion per Cox, J.,
concurred in by Leach, A.C.J., and Spearman, J.

[No. 39387-5-II. Division Two. May 10, 2011.]

DEVON MCKENNA ET AL., *Appellants*, v. COMMONWEALTH UNITED
MORTGAGE, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 08-2-01425-5, Gary R. Tabor, J., entered
May 29, 2009. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Quinn-Brintnall and Johanson, JJ.